

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>CRISELIA CONTRERAS CISNEROS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-MJ-00739-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Tuesday__ , __9/3/2025__ , at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Autumn D. Spaeth__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __09/02/2025__

**AUTUMN D. SPAETH**
U.S. Magistrate Judge